United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-13382-elf
Bringkop Ariyamitr                                                    Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR            Page 1 of 1              Date Rcvd: May 29, 2019
                              Form ID: 130         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2019.
db             +Bringkop Ariyamitr,    13 Douglas Street,    Ambler, PA 19002-4941

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2019 at the address(es) listed below:
      JILL  MANUEL-COUGHLIN    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY FSB ET SEQ.
       jill@pkallc.com,
       chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
       ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
      MICHAEL W. GALLAGHER    on behalf of Debtor Bringkop  Ariyamitr mwglaw@msn.com,
       mwglaw1@verizon.net
      TERRY P. DERSHAW    td@ix.netcom.com,    PA66@ecfcbis.com;7trustee@gmail.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                     TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:    Chapter: 7

Bringkop Ariyamitr

        Debtor(s)    Bankruptcy No: 19–13382–elf

*O R D E R*

**AND NOW,** this 29th day of May 2019 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

<u>Documents and Deadline</u>

Schedules AB–J due 06/11/2019.
Statement of Financial Affairs due 06/11/2019.
Summary of Assets and Liabilities Form B106 due 6/11/2019.

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

By the Court

Eric L. Frank
Judge , United States Bankruptcy Court

10
Form 130