```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania

In re:                                                          Case No. 19-13382-elf
Bringkop Ariyamitr                                              Chapter 7
       Debtor                        CERTIFICATE OF NOTICE

District/off: 0313-2          User: dlv               Page 1 of 2            Date Rcvd: May 29, 2019
                              Form ID: 309A           Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2019.
db             +Bringkop Ariyamitr,    13 Douglas Street,     Ambler, PA 19002-4941
14332152       +AMERICAN EXPRESS CORRESPONDENCE ADDRESS,    200 VESEY ST.,    BROOKFIELD PLACE, 50TH FLOOR,
                 NEW YORK, NY 10285-1000
14332153        CARRINGTON MORTGAGE SERVICE,    P.,O. BOX 79001,    PHOENIX, AZ 85062-9001
14332154       +CARRINGTON MORTGAGE SERVICES, LLC,    1600 SOUTH DOUGLASS ROAD,    SUITE 110,
                 ANAHEIM, CA 92806-5951
14332156       +CHASE,    P.O. BOX 1423,    CHARLOTTE, NC 28201-1423
14332172        Equifax Credit Information Services, Inc,    P.O. Box 740256,    Atlanta, GA 30374-0256
14332173       +Experian,    P.O. Box 9701,   Allen, TX 75013-9701
14332174        Experian Information Systems,    Attn: Dispute Department,    P.O. Box 2002,
                 Allen, TX 75013-2002
14332179        H.A. Berkheimer Tax Administrator,    Bankruptcy Notices,    50 North 7th Street,
                 Bangor, PA 18013-1798
14332175       +Innovis Data Solutions,    250 E. Town St.,    Columbus, OH 43215-4631
14332160       +KML LAW GROUP,    701 MARKET STREET,    SUITE 5000,    PHILADELPHIA, PA 19106-1541
14332163       +POWERS KIRN LLC,    8 NESHAMINY INTERPLEX,    SUITE 215,    TREVOSE, PA 19053-6980
14332164       +SPECIALIZED LOAN SERVICING LLC,    8742 LUCENT BLVD.,    SUITE 300,
                 HIHGLAND RANCH, CO 80129-2386
14332165        SPECIALIZED LOAN SERVICING LLC,    P.O. BOX 63607,    LITTLETON, CO 80163-6007
14332178       +Transunion Corporation,    2 Baldwinm Place,    P.O. Box 1000,    Chester, PA 19016-1000
14332168       +VANGUARD,    200 DRYDEN ROAD,    DRESHER, PA 19025-1044

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: mwglaw@msn.com May 30 2019 02:50:08      MICHAEL W. GALLAGHER,
                 401 West Johnson Highway,    Suite 4,    East Norriton, PA 19401
tr              EDI: BTPDERSHAW.COM May 30 2019 06:33:00      TERRY P. DERSHAW,    Dershaw Law Offices,
                 P.O. Box 556,    Warminster, PA 18974-0632
smg             E-mail/Text: megan.harper@phila.gov May 30 2019 02:50:53      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 30 2019 02:50:30
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 30 2019 02:50:46      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust             E-mail/Text: ustpregion03.ph.ecf@usdoj.gov May 30 2019 02:50:38      United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
14332155       +EDI: CHASE.COM May 30 2019 06:34:00      CHASE BANK,    270 PARK AVENUE,
                 NEW YORK, NY 10017-2070
14332158        EDI: DISCOVER.COM May 30 2019 06:33:00      DISCOVER CARD,    P.O. BOX 6011,    DOVER, DE 19903
14332157        EDI: DISCOVER.COM May 30 2019 06:33:00      DISCOVER BANK,    12 READS WAY,
                 NEW CASTLE, DE 19720
14332159        EDI: IRS.COM May 30 2019 06:34:00      INTERNAL REVENUE SERVICE,    FRESNO, CA 93888-0419
14332161        EDI: TSYS2.COM May 30 2019 06:33:00      MACY'S AMERICAN EXPRESS,    P.O. BOX 8113,
                 MASON, OH 45040-8113
14332162        EDI: TSYS2.COM May 30 2019 06:33:00      MACYS,    P.O. BOX 183083,    COLUMBUS, OH 43218-3083
14332177        E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 30 2019 02:50:29      PA Department Of Revenue,
                 Attn: Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA 17128-0946
14332166       +EDI: STF1.COM May 30 2019 06:34:00      SUNTRUST BANK,    303 PEACHTREE STREET N.E.,
                 ATLANTA, GA 30308-3201
14332167       +EDI: STF1.COM May 30 2019 06:34:00      SUNTRUST CONSUMER LOANS,    P.O. BOX 791144,
                 BALTIMORE, MD 21279-1144
14332169       +EDI: WFFC.COM May 30 2019 06:33:00      WELLS FARGO,    420 MONTGOMERY STREET,
                 SAN FRANCISCO, CA 94104-1298
14332170        EDI: WFFC.COM May 30 2019 06:33:00      WELLS FARGO,    P.O. BOX 5119,
                 SIOUX FALLS, SD 57117-5119
14332171       +E-mail/Text: Bankruptcy@wsfsbank.com May 30 2019 02:51:12      WILMINGTON SAVINGS FUND SOCIETY,
                 500 DELAWARE AVENUE,    WILMINGTON, DE 19801-7405
                                                                                              TOTAL: 18

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14332176*       Internal Revenue Service,    Centralized Insolvency Operation,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0313-2          User: dlv              Page 2 of 2             Date Rcvd: May 29, 2019
                              Form ID: 309A          Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2019 at the address(es) listed below:
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY FSB ET SEQ.
               jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              MICHAEL W. GALLAGHER    on behalf of Debtor Bringkop   Ariyamitr mwglaw@msn.com,
               mwglaw1@verizon.net
              TERRY P. DERSHAW    td@ix.netcom.com,  PA66@ecfcbis.com;7trustee@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Bringkop Ariyamitr** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–4600** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** <br> Case number:  **19–13382–elf** | | Date case filed for chapter  **7**   **5/28/19** |

Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Bringkop Ariyamitr | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 13 Douglas Street <br> Ambler, PA 19002 | |
| 4. | **Debtor's attorney** <br> Name and address | MICHAEL W. GALLAGHER <br> 401 West Johnson Highway <br> Suite 4 <br> East Norriton, PA 19401 | Contact phone (484)679–1488 <br> Email:  mwglaw@msn.com |
| 5. | **Bankruptcy trustee** <br> Name and address | TERRY P. DERSHAW <br> Dershaw Law Offices <br> P.O. Box 556 <br> Warminster, PA 18974–0632 | Contact phone (484) 897–0341 <br> Email:  td@ix.netcom.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                       page **1**

Debtor **Bringkop Ariyamitr**     Case number **19–13382–elf**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 5/29/19 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 3, 2019 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**900 Market Street, Suite 304A, Philadelphia, PA 19107** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 9/1/19** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **2**